# Exhibit G

U.S. Patent No. 10,628,820

| Claim No. | Claim Language | Samsung Money by SoFi Card |
|---|---|---|
| 1[Preamble] | A payment device comprising: | A Samsung Money by SoFi card is a payment device.<br><br>*Samsung Money by SoFi*, Samsung, https://www.samsung.com/us/samsung-pay/samsung-money-by-sofi/ (last visited Apr. 20, 2022). |
| 1a | a thin shaped body having no fixed payment numbers disposed thereon; | The Samsung Money by SoFi card is a thin shaped body having no fixed payment numbers disposed hereon<br><br>Samsung Knox. The physical debit card will not display the card number, expiration date, or CVC. Should users need that information, they can easily find it within the "Money" tab of the Samsung Pay app, which is further protected by biometric or PIN authentication. Users assume zero liability should an unauthorized transaction occur.<br><br>*Introducing Samsung Money by SoFi: Do More With Your Money*, Samsung (May 27, 2020), https://news.samsung.com/us/introducing-samsung-money-samsung-pay-sofi/. |

| Claim No. | Claim Language | Samsung Money by SoFi Card |
|---|---|---|
| 1b | a memory; | The Samsung Money by SoFi card includes a memory.<br><br>*Samsung Money by SoFi*, Samsung, https://www.samsung.com/us/samsung-pay/samsung-money-by-sofi/ (last visited Apr. 20, 2022).  *See also* EMVCo, LLC, *EMV Level 1 Specifications for Payment Systems, EMV Contactless Interface Specification* at 4, 25 (Feb. 2018, v. 3.0) *available at* https://www.emvco.com/wp-content/uploads/documents/EMV-Level-1-Contactless-Interface-Specification-V3.0-180423.pdf. |
| 1c | a cryptographic processor coupled to the memory; and | The Samsung Money by SoFi card includes a cryptographic processor coupled to the memory.<br><br>**How do I use my Samsung Money by SoFi debit card to make purchases at a chip-enabled terminal?**<br><br>Insert the chip end of your debit card into the terminal with the chip facing upwards. Follow the prompts on the terminal screen, and if necessary, either sign or enter your PIN. Keep the card in the terminal until you are prompted to remove it. Otherwise, the transaction will be canceled.<br><br>**What is chip card technology?**<br><br>Chip card technology enhances card security for electronic payments. When inserted into a chip-enabled terminal at a merchant, the chip on the debit card generates a unique transaction code that is shared with the merchant. This makes the card difficult to copy.<br><br>*Frequently asked questions about Samsung Money by SoFi in Samsung Pay*, Samsung, https://www.samsung.com/us/support/answer/ANS00087025/ (last visited Apr. 21, 2022).  *See also* EMVCo, LLC, *A Guide to EMV Chip Technology, Version 2.0* at 5 *available at* https://www.emvco.com/wp-content/uploads/2017/05/A_Guide_to_EMV_Chip_Technology_v2.0_20141120122132753.pdf. |

| Claim No. | Claim Language | Samsung Money by SoFi Card |
|---|---|---|
| 1d | a reader interface, including at least one interface selected from set comprising: a magnetic-stripe, a smart card reader device, a mag-stripe inductor interface, an RF interface, an NFC interface, and a wireless interface, and | The Samsung Money by SoFi card includes a reader interface, specifically a magnetic stripe, a smart card reader device, and an NFC interface.<br><br>*Frequently asked questions about Samsung Money by SoFi in Samsung Pay*, Samsung, https://www.samsung.com/us/support/answer/ANS00087025/ (last visited Apr. 21, 2022). *See also* EMVCo, LLC, *A Guide to EMV Chip Technology, Version 2.0* at 5 *available at* https://www.emvco.com/wp-content/uploads/2017/05/A_Guide_to_EMV_Chip_Technology_v2.0_20141120122132753.pdf.<br><br>*Samsung Money by SoFi*, Samsung, https://www.samsung.com/us/samsung-pay/samsung-money-by-sofi/ (last visited Apr. 20, 2022). |

| Claim No. | Claim Language | Samsung Money by SoFi Card |
|---|---|---|
| 1e | wherein payment information for a transaction is operable to be conveyed via the reader interface and comprises limited-use payment information, and | The Samsung Money by SoFi card includes a reader interface, wherein payment information for a transaction is operable to be conveyed via the reader interface and comprises limited-use payment information.<br><br>*See* ISO/IEC7812-1:2017 *available at* https://www.iso.org/standard/70484.html; ISO/IEC14443-4:2018 *available at* https://www.iso.org/standard/73599.html; ISO/IEC 7816-8:2021 *available at* https://www.iso.org/standard/79893.html; ISO/IEC 7816-8:2019 *available at*; https://www.iso.org/standard/75844.html; EMVCo, LLC, *EMV Level 1 Specifications for Payment Systems, EMV Contactless Interface Specification* at 4 (Feb. 2018, v. 3.0) *available at* https://www.emvco.com/wp-content/uploads/documents/EMV-Level-1-Contactless-Interface-Specification-V3.0-180423.pdf. |
| 1f | wherein further the limited-use payment information is to be used in place of card issuer payment information for payment transactions by said device at payment card reader facilities. | The Samsung Money by SoFi card includes a reader interface, wherein payment information for a transaction is operable to be conveyed via the reader interface and comprises limited-use payment information that is limited in scope of use, and wherein the limited-use payment information is to be used in place of card issuer payment information for payment transactions by said device at payment card reader facilities.<br><br>*See* ISO/IEC7812-1:2017 *available at* https://www.iso.org/standard/70484.html; ISO/IEC14443-4:2018 *available at* https://www.iso.org/standard/73599.html; ISO/IEC 7816-8:2021 *available at* https://www.iso.org/standard/79893.html; ISO/IEC 7816-8:2019 *available at*; https://www.iso.org/standard/75844.html; EMVCo, LLC, *EMV Level 1 Specifications for Payment Systems, EMV Contactless Interface Specification* at 4 (Feb. 2018, v. 3.0) *available at* https://www.emvco.com/wp-content/uploads/documents/EMV-Level-1-Contactless-Interface-Specification-V3.0-180423.pdf. |