# Exhibit H

U.S. Patent 10,810,579

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| 19 [Preamble] | An electronic device comprising | A Samsung Pay-enabled computing device is an electronic device. *Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). *See also* Lexy Savvides, Samsung Pay: Everything you need to know (FAQ), CNET (July 21, 2021 3:00 a.m. PT), https://www.cnet.com/how-to/samsung-pay-everything-you-need-to-know-faq-mobile-wallet/. |
| 19a | at least one processor; | A Samsung Pay-enabled computing device includes a processor. *Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| 19b | a memory coupled to the at least one processor; | A Samsung Pay-enabled computing device includes a memory coupled to the at least one processor.<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). |
| 19c | a display operable to present a visual user-interface comprising device inputs; | A Samsung Pay-enabled computing device includes a display operable to present a visual user-interface comprising device inputs.<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022).  *See also What to do when the touchscreen of Galaxy Device responds slowly or improperly?*, Samsung (Sept. 22, 2020), https://www.samsung.com/ph/support/mobile-devices/what-to-do-when-the-touchscreen-of-galaxy-device-responds-slowly-or-improperly/. |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| 19d | display output; | A Samsung Pay-enabled computing device includes a display output.<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). *See also Adjust your Galaxy phone's display settings*, Samsung, https://www.samsung.com/us/support/answer/ANS00079034/ (last visited Apr. 20, 2022). |
| 19e | a device input; | A Samsung Pay-enabled computing device includes a device input.<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). *See also What to do when the touchscreen of Galaxy Device responds slowly or improperly?*, Samsung (Sept. 22, 2020), https://www.samsung.com/ph/support/mobile-devices/what-to-do-when-the-touchscreen-of-galaxy-device-responds-slowly-or-improperly/. |

Page 3 of 11

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| 19f | an NFC interface operable to receive a transaction request when in proximity to an NFC recipient; | A Samsung Pay-enabled computing device includes an NFC interface operable to receive a transaction request when in proximity to an NFC recipient.<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022).<br><br>*Make an in-store payment with Samsung Pay*, Samsung, https://www.samsung.com/us/support/answer/ANS00045102/ (last visited Apr. 20, 2022). |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| | | If you're always using Samsung Pay to make purchases, you should make it your default payment service. That way, when you're in a store and place your phone on the register's PIN pad, Samsung Pay will be brought up automatically.<br><br>*Make Samsung Pay your default payment service*, Samsung, https://www.samsung.com/us/support/answer/ANS00043898/ (last visited May 6, 2022). |
| 19g | wherein the processor is operable to execute a program to implement a method comprising: | A Samsung Pay-enabled computing device includes a processor that is operable to execute a program to implement the claimed method, as detailed below.<br><br>See limitation 19a. |
| 19h | accepting a priming action of the electronic device by an identified device user, from the device input; | A Samsung Pay-enabled computing device accepts a priming action of the electronic device by an identified device user, from the device input.<br><br>**Make a payment using the app**<br><br>With Samsung Pay, you can purchase things without digging through your wallet.<br><br>When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner.<br><br>Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase.<br><br>Make an in-store payment with Samsung Pay, Samsung, https://www.samsung.com/us/support/answer/ANS00045102/ (last visited Apr. 20, 2022). |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| | | *Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). |
| 19i | enabling the electronic device for imminent performance of a payment operation responsive to the priming action of a valid user; | A Samsung Pay-enabled computing device enables the electronic device for imminent performance of a payment operation responsive to the priming action of a valid user.<br><br>Make an in-store payment with Samsung Pay, Samsung, https://www.samsung.com/us/support/answer/ANS00045102/ (last visited Apr. 20, 2022). |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
|  |  | *Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). |
| 19j | displaying a summary of selectable payment account options on the display; | A Samsung Pay-enabled computing device displays a summary of selectable payment account options on the display.<br><br>Tech With Brett, *How to Setup and Use Samsung Pay*, YouTube (Oct. 1, 2018), https://youtu.be/zR3xz6GYIzc?t=389; *see also Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). |
| 19k | receiving a payment selection and | A Samsung Pay-enabled computing receives a payment selection and approval authorization from a valid device user via the device input. |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| | approval authorization from a valid device user via the device input; and | Tech With Brett, *How to Setup and Use Samsung Pay*, YouTube (Oct. 1, 2018), https://youtu.be/zR3xz6GYIzc?t=389; s*ee also Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022); Jessica Dolcourt, *How Samsung Pay works (pictures)*, CNET (Mar. 3, 2015 8:57 a.m. PT), https://www.cnet.com/pictures/how-samsung-pay-works-pictures/2/. |
| 19l | responsive to receiving an NFC transaction payment request, generating a limited-use payment information for use in place of card issuer payment information, | A Samsung Pay-enabled computing device, responsive to receiving an NFC transaction payment request, generates a limited-use payment information for use in place of card issuer payment information.

3. **How is a cryptogram generated?**
A cryptogram is generated using at least three pieces of information: the digital token, the application transaction counter (ATC), and a secret key. The cryptogram is designed to appear fully random to anyone that does not have the secret key. This works to prevent a cryptogram from being guessed. The secret key is generated by the payment networks and is protected, end to end, between the payment networks and TrustZone on the device. Only one cryptogram can be generated per explicit user authorization. The cryptograms are used to tie an ATC to a digital token and help to prevent modification of the ATC. This in turn helps to prevent transaction information used for one purchase from being reused for multiple purchases.

FAQs, Samsung (Aug. 7, 2016) *available at* https://security.samsungmobile.com/doc/Press_Guidance_Samsung_Pay.pdf.  *See also Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details; US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 12 (June 2019) *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; EMVCo, *EMV® Payment Tokenisation Specification – Technical Framework v2.1* at 35–36 (Jun. 14, 2019) *available at* https://www.emvco.com/emv-technologies/payment-tokenisation/. |

| 19m | wherein the NFC interface is operable to transmit said payment information from said electronic device to the NFC recipient of the transaction; and | A Samsung Pay-enabled computing device has an NFC interface that is operable to transmit said payment information from said electronic device to the NFC recipient of the transaction.<br><br><br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022).<br><br><br><br>*Make an in-store payment with Samsung Pay*, Samsung, https://www.samsung.com/us/support/answer/ANS00045102/ (last visited Apr. 20, 2022); *see also* Tech With Brett, *How to Setup and Use Samsung Pay*, YouTube (Oct. 1, 2018), https://youtu.be/zR3xz6GYIzc?t=389; Jessica Dolcourt, *How Samsung Pay works (pictures)*, CNET (Mar. 3, 2015 8:57 a.m. PT), https://www.cnet.com/pictures/how-samsung-pay-works-pictures/2/. |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| 19n | wherein further the processor is operable to cause the display to visually convey a status of the transaction. | A Samsung Pay-enabled computing device includes a processor is operable to cause the display to visually convey a status of the transaction.<br><br>Lexy Savvides, *Samsung Pay: Everything you need to know (FAQ)*, CNET (July 21, 2021 3:00 a.m. PT), https://www.cnet.com/how-to/samsung-pay-everything-you-need-to-know-faq-mobile-wallet/.<br><br>CNET, *Apple Pay vs. Samsung Pay vs. Google Pay: Which is best?*, YouTube (Jun. 12, 2018), https://www.youtube.com/watch?v=LkM_Z3o8T4g.  *See also Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details; US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 12 (June 2019) *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; EMVCo, |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| | | *EMV® Payment Tokenisation Specification – Technical Framework v2.1* at 35–36 (Jun. 14, 2019) *available at* https://www.emvco.com/emv-technologies/payment-tokenisation/. |