# Exhibit I

**U.S. Patent No. 11,176,538**

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| 1[Preamble] | A method of performing a payment transaction, the method comprising: | A Samsung Pay-enabled computing device facilitates a method of performing a payment transaction.<br><br><br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022).  *See also* Lexy Savvides, Samsung Pay: Everything you need to know (FAQ), CNET (July 21, 2021 3:00 a.m. PT), https://www.cnet.com/how-to/samsung-pay-everything-you-need-to-know-faq-mobile-wallet/. |
| 1a | receiving an input at an electronic device corresponding to a priming | A Samsung Pay-enabled computing device is an electronic device that receives an input corresponding to a priming operation of the electronic device by an authorized user. |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| | operation of the electronic device by an authorized user; and, | **Make a payment using the app**<br><br>With Samsung Pay, you can purchase things without digging through your wallet.<br><br>When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner.<br><br>Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase.<br><br>*Make an in-store payment with Samsung Pay*, Samsung, https://www.samsung.com/us/support/answer/ANS00045102/ (last visited Apr. 20, 2022).<br><br>User authentication<br><br>Every transaction is authenticated by your fingerprint, PIN or facial recognition. If your phone is lost or stolen, you can remotely lock or erase your Samsung Pay account with Find My Mobile.*<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| 1b | wherein the authorizing of a user of the electronic device comprises recognizing a user input using a human input sensor, and wherein the human input sensor is any one of a touch sensor, a touch-screen display interface, a gesture sensor, a motion sensor, and a biometric sensor; and, | A Samsung Pay-enabled computing device recognizes a user input using a human input sensor, and wherein the human input sensor is any one of a touch sensor, a touch-screen display interface, a gesture sensor, a motion sensor, and a biometric sensor to authorize a user of the electronic device.<br><br>**Make a payment using the app**<br><br>With Samsung Pay, you can purchase things without digging through your wallet.<br><br>When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner.<br><br>Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase.<br><br>*Make an in-store payment with Samsung Pay*, Samsung, https://www.samsung.com/us/support/answer/ANS00045102/ (last visited Apr. 20, 2022).<br><br>User authentication<br><br>Every transaction is authenticated by your fingerprint, PIN or facial recognition. If your phone is lost or stolen, you can remotely lock or erase your Samsung Pay account with Find My Mobile.*<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). |
| 1c | receiving a request for a transaction payment at said electronic device via an | A Samsung Pay-enabled computing device receives a request for a transaction payment at said electronic device via an NFC interface of the device. |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
|  | NFC interface of the device; and, | <br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022).<br><br>**Make a payment using the app**<br><br>With Samsung Pay, you can purchase things without digging through your wallet.<br><br>When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner.<br><br>Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase.<br><br>*Make an in-store payment with Samsung Pay*, Samsung, https://www.samsung.com/us/support/answer/ANS00045102/ (last visited Apr. 20, 2022). |
| 1d | displaying, on a display of the device, a transaction payment | A Samsung Pay-enabled computing device displays, on a display of the device, a transaction payment request and at least a portion of an original static issuer-supplied payment account information associated with a payment method, for a user selection in paying the payment request. |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| | request and at least a portion of an original static issuer-supplied payment account information associated with a payment method, for a user selection in paying the payment request; and, | **Make a payment using Favorite Cards**<br><br>If you have the Favorite Cards feature activated on your phone, you can access your cards even faster.<br><br>1. To make a payment with your Favorite Cards, swipe up from the bottom of the screen. Then, swipe through and select your preferred card.<br>2. Select your preferred card. Tap **Pay**, and then choose your desired security option, such as entering your PIN or fingerprints.<br>3. Enter the required security information or simply place your finger on your phone's fingerprint scanner.<br>4. Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase.<br><br>**Make a payment using the app**<br><br>With Samsung Pay, you can purchase things without digging through your wallet.<br><br>When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner.<br><br>Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase.<br><br>*Make an in-store payment with Samsung Pay*, Samsung, https://www.samsung.com/us/support/answer/ANS00045102/ (last visited Apr. 20, 2022). |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| | |  *Locate Last Four Digits of the Digital Card Number*, Samsung, http://api.samsungsimulator.com/app-template/dynamic/simulator/index.jsp?uuid=75181773-8f8a-4fc6-a319-89988dafe123&publishType =preview&authorization=aW5zaWRlcjE6Mjg1YzZiZGViNzM1NGZjZjlkZWUzMjc3NDI0YzQ3YWI%3D#! topic/basic_functions/locate_last_four_digits_of_the_digital_card_number (last visited Apr. 21, 2022). |
| 1e | retrieving from a memory attached to a processor of the device, a device-specific static limited-use payment information, | A Samsung Pay-enabled computing device retrieves from a memory attached to a processor of the device, a device-specific static limited-use payment information, associated with said selected payment method. <br><br> 2. **What is a token and how is it generated?** <br> A digital token is created to represent consumers' payment credentials. By substituting the real card number with a token, Samsung Pay avoids putting the real card numbers at risk of theft and misuse. Like credit and debit card numbers, the purpose of the digital token is to route transactions to the correct payment network and issuer. Samsung Pay does not store credit or debit card numbers. Instead, Samsung Pay uses tokens for transactions. Tokens are generated by the payment network, and not by the Samsung Pay handset. The card issuers and payment networks set the rules and parameters of the tokenization service, conduct account verification and cardholder authorization during the token request stage (when the token is provisioned), and authorize transactions. |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| | associated with said selected payment method; and, | FAQs, Samsung (Aug. 7, 2016) *available at* https://security.samsungmobile.com/doc/Press_Guidance_Samsung_Pay.pdf. *See also Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details; US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 12 (June 2019) *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; EMVCo, *EMV® Payment Tokenisation Specification – Technical Framework v2.1* at 35–36 (Jun. 14, 2019) *available at* https://www.emvco.com/emv-technologies/payment-tokenisation/. |
| 1f | dynamically generating, by a processor of the device, device-specific limited-use payment information, for said selected payment method; and, | A Samsung Pay-enabled computing device dynamically generates, by a processor of the device, device-specific limited-use payment information, for said selected payment method.<br><br>**Data security**<br><br>Tokenization creates a unique randomized set of numbers to be used at each new transaction, so your real card number is never used from your phone.<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022).<br><br>3.  **How is a cryptogram generated?**<br>A cryptogram is generated using at least three pieces of information: the digital token, the application transaction counter (ATC), and a secret key. The cryptogram is designed to appear fully random to anyone that does not have the secret key. This works to prevent a cryptogram from being guessed. The secret key is generated by the payment networks and is protected, end to end, between the payment networks and TrustZone on the device. Only one cryptogram can be generated per explicit user authorization. The cryptograms are used to tie an ATC to a digital token and help to prevent modification of the ATC. This in turn helps to prevent transaction information used for one purchase from being reused for multiple purchases.<br><br>FAQs, Samsung (Aug. 7, 2016) *available at* https://security.samsungmobile.com/doc/Press_Guidance_Samsung_Pay.pdf. *See also Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay- |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| | | apple-pay-and-samsung-pay-protect-your-card-details; US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 12 (June 2019) *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; EMVCo, *EMV® Payment Tokenisation Specification – Technical Framework v2.1* at 35–36 (Jun. 14, 2019) *available at* https://www.emvco.com/emv-technologies/payment-tokenisation/. |
| 1g | using said limited-use payment information in place of at least a portion of said selected original issuer-supplied payment information for the transaction; and, | A Samsung Pay-enabled computing device uses said limited-use payment information in place of at least a portion of said selected original issuer-supplied payment information for the transaction.<br><br>Data security<br><br>Tokenization creates a unique randomized set of numbers to be used at each new transaction, so your real card number is never used from your phone.<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022).<br><br>1.  **How does Samsung Pay work?**<br>Each time Samsung Pay is used for a transaction, the Samsung Pay handset sends at least three pieces of information.<br><br>The first is a digital token that represents the credit or debit card information. The digital token is a surrogate credit or debit card number. The digital token's primary purpose is to route transactions to the correct payment network and to the correct issuer.<br><br>The second piece of information is the application transaction counter (ATC). The ATC is a counter that is updated for every transaction. Its purpose is to help ensure that the same transaction information cannot be replayed to make multiple purchases. Payment networks use this number to track the sequence of transactions and determine whether an attempted transaction is older than the last one approved or is otherwise out of sequence. If so, it is an indication that something is amiss, and appropriate action can be taken.<br><br>The third piece of information is the cryptogram. The cryptogram is an authentication code generated using, at a minimum, a secret key, the digital token and the ATC. Cryptograms serve to validate that the transaction information has not been modified and that it was generated by the expected user's handset.<br><br>FAQs, Samsung (Aug. 7, 2016) *available at* https://security.samsungmobile.com/doc/Press_Guidance_Samsung_Pay.pdf. |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| | | **2. What is a token and how is it generated?**<br>A digital token is created to represent consumers' payment credentials. By substituting the real card number with a token, Samsung Pay avoids putting the real card number at risk of theft and misuse. Like credit and debit card numbers, the purpose of the digital token is to route transactions to the correct payment network and issuer. Samsung Pay does not store credit or debit card numbers. Instead, Samsung Pay uses tokens for transactions. Tokens are generated by the payment network, and not by the Samsung Pay handset. The card issuers and payment networks set the rules and parameters of the tokenization service, conduct account verification and cardholder authorization during the token request stage (when the token is provisioned), and authorize transactions.<br><br>*Id.  See also Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details; US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 12 (June 2019) *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; EMVCo, *EMV® Payment Tokenisation Specification – Technical Framework v2.1* at 35–36 (Jun. 14, 2019) *available at* https://www.emvco.com/emv-technologies/payment-tokenisation/. |
| 1h | combining of said dynamically-generated limited-use payment information with said static limited-use payment information, to generate a complete device payment information; and, | **1. How does Samsung Pay work?**<br>Each time Samsung Pay is used for a transaction, the Samsung Pay handset sends at least three pieces of information.<br><br>The first is a digital token that represents the credit or debit card information. The digital token is a surrogate credit or debit card number. The digital token's primary purpose is to route transactions to the correct payment network and to the correct issuer.<br><br>The second piece of information is the application transaction counter (ATC). The ATC is a counter that is updated for every transaction. Its purpose is to help ensure that the same transaction information cannot be replayed to make multiple purchases. Payment networks use this number to track the sequence of transactions and determine whether an attempted transaction is older than the last one approved or is otherwise out of sequence. If so, it is an indication that something is amiss, and appropriate action can be taken.<br><br>The third piece of information is the cryptogram. The cryptogram is an authentication code generated using, at a minimum, a secret key, the digital token and the ATC. Cryptograms serve to validate that the transaction information has not been modified and that it was generated by the expected user's handset.<br><br>FAQs, Samsung (Aug. 7, 2016) *available at* https://security.samsungmobile.com/doc/Press_Guidance_Samsung_Pay.pdf.  *See also Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details; US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 12 (June 2019) *available at* https://www.uspaymentsforum.org/wp- |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| | | content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; EMVCo, *EMV® Payment Tokenisation Specification – Technical Framework v2.1* at 35–36 (Jun. 14, 2019) *available at* https://www.emvco.com/emv-technologies/payment-tokenisation/. |
| 1i | transmitting said complete device payment information from said electronic device to a recipient reader via said NFC interface to the recipient NFC reader for a processing of the payment transaction; and, | A Samsung Pay-enabled computing device transmits said complete device payment information from said electronic device to a recipient reader via said NFC interface to the recipient NFC reader for a processing of the payment transaction.<br><br><br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| | |  **Make a payment using the app** With Samsung Pay, you can purchase things without digging through your wallet. When you're ready to pay, open **Samsung Pay** on your phone. Tap **Pay**, and select your preferred card. Tap **PIN** or **IRIS**, and then enter the required security information. Or if you have fingerprint security set up, simply place your finger on your phone's fingerprint scanner. Next, hold the back of the phone up to the contactless reader and perform your desired actions to complete your purchase. *Make an in-store payment with Samsung Pay*, Samsung, https://www.samsung.com/us/support/answer/ANS00045102/ (last visited Apr. 20, 2022). |
| 1j | receiving information at said electronic device corresponding to a transaction status of the payment transaction, wherein such transaction status is at least partly dependent on validation of the transmitted complete device | A Samsung Pay-enabled computing device receives information at said electronic device corresponding to a transaction status of the payment transaction, wherein such transaction status is at least partly dependent on validation of the transmitted complete device payment information by a payment processor authority and a payment issuer authority.  Lexy Savvides, *Samsung Pay: Everything you need to know (FAQ)*, CNET (July 21, 2021 3:00 a.m. PT), https://www.cnet.com/how-to/samsung-pay-everything-you-need-to-know-faq-mobile-wallet/. |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
| | payment information by a payment processor authority and a payment issuer authority; and, |  CNET, *Apple Pay vs. Samsung Pay vs. Google Pay: Which is best?*, YouTube (Jun. 12, 2018), https://www.youtube.com/watch?v=LkM_Z3o8T4g.  *See also Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details; US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 12 (June 2019) *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; EMVCo, *EMV® Payment Tokenisation Specification – Technical Framework v2.1* at 35–36 (Jun. 14, 2019) *available at* https://www.emvco.com/emv-technologies/payment-tokenisation/. |
| 1k | visually conveying the transaction payment authorization status via a user-interface displayed on said display. | A Samsung Pay-enabled computing device visually conveys the transaction payment authorization status via a user-interface displayed on said display.  |

| Claim No. | Claim Language | Samsung Pay-enabled computing device |
|---|---|---|
|  |  | Lexy Savvides, *Samsung Pay: Everything you need to know (FAQ)*, CNET (July 21, 2021 3:00 a.m. PT), https://www.cnet.com/how-to/samsung-pay-everything-you-need-to-know-faq-mobile-wallet/.<br><br><br><br>CNET, *Apple Pay vs. Samsung Pay vs. Google Pay: Which is best?*, YouTube (Jun. 12, 2018), https://www.youtube.com/watch?v=LkM_Z3o8T4g. *See also Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details; US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 12 (June 2019) *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; EMVCo, *EMV® Payment Tokenisation Specification – Technical Framework v2.1* at 35–36 (Jun. 14, 2019) *available at* https://www.emvco.com/emv-technologies/payment-tokenisation/. |