# Exhibit J

U.S. Patent No. 11,328,286

| Claim No. | Claim Language | Samsung Money by SoFi card with a Samsung Pay-enabled computing device |
|---|---|---|
| 20[preamble] | A payment system comprising: | A Samsung Money by SoFi card with a Samsung Pay-enabled computing device is a payment system.<br><br>*Samsung Money by SoFi*, Samsung, https://www.samsung.com/us/samsung-pay/samsung-money-by-sofi/ (last visited Apr. 20, 2022). |
| 20a | a payment card device, free of any depictions of fixed payment numbers thereon, and operable for use in payment card reader equipment; and | The Samsung Money by SoFi card is a payment card device free of any depictions of fixed payment numbers thereon, and operable for use in payment card reader equipment.<br><br>*Introducing Samsung Money by SoFi: Do More With Your Money*, Samsung (May 27, 2020), https://news.samsung.com/us/introducing-samsung-money-samsung-pay-sofi/. |

Page 1 of 12

| Claim No. | Claim Language | Samsung Money by SoFi card with a Samsung Pay-enabled computing device |
|---|---|---|
| | | **Can I use my Samsung Money by SoFi debit card at locations without a chip-enabled terminal?**<br><br>Yes, you can use the magnetic stripe on the physical debit card at merchants and ATMs that don't have chip-enabled terminals. You can also use your digital card at contactless-pay-enabled terminals.<br><br>**How do I use my Samsung Money by SoFi debit card to make purchases at a chip-enabled terminal?**<br><br>Insert the chip end of your debit card into the terminal with the chip facing upwards. Follow the prompts on the terminal screen, and if necessary, either sign or enter your PIN. Keep the card in the terminal until you are prompted to remove it. Otherwise, the transaction will be canceled.<br><br>*Frequently asked questions about Samsung Money by SoFi in Samsung Pay*, Samsung, https://www.samsung.com/us/support/answer/ANS00087025/ (last visited Apr. 21, 2022). |
| 20b | a computing device comprising: | A Samsung Pay-enabled computing device is a computing device.<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). *See also* Lexy Savvides, Samsung Pay: Everything you need to know (FAQ), CNET (July 21, 2021 3:00 a.m. PT), https://www.cnet.com/how-to/samsung-pay-everything-you-need-to-know-faq-mobile-wallet/. |

| Claim No. | Claim Language | Samsung Money by SoFi card with a Samsung Pay-enabled computing device |
|---|---|---|
| 20c | a processor; | A Samsung Pay-enabled computing device includes a processor.<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). |
| 20d | a memory; | A Samsung Pay-enabled computing device includes a memory coupled to the at least one processor.<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). |

| Claim No. | Claim Language | Samsung Money by SoFi card with a Samsung Pay-enabled computing device |
|---|---|---|
| 20e | a wireless interface; | A Samsung Pay-enabled computing device includes a wireless interface.<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022); *Samsung Money by SoFi*, Samsung, https://www.samsung.com/us/samsung-pay/samsung-money-by-sofi/ (last visited Apr. 20, 2022).<br><br>*Make an in-store payment with Samsung Pay*, Samsung, https://www.samsung.com/us/support/answer/ANS00045102/ (last visited Apr. 20, 2022). |

| Claim No. | Claim Language | Samsung Money by SoFi card with a Samsung Pay-enabled computing device |
|---|---|---|
| 20f | a touch-screen user interface operable to provide a visual user-interface for user payment interactions; and | A Samsung Pay-enabled computing device includes a touch-screen user interface operable to provide a visual user-interface for user payment interactions.<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022).  *See also What to do when the touchscreen of Galaxy Device responds slowly or improperly?*, Samsung (Sept. 22, 2020), https://www.samsung.com/ph/support/mobile-devices/what-to-do-when-the-touchscreen-of-galaxy-device-responds-slowly-or-improperly/. |
| 20g | a user-input device coupled to the processor, and | A Samsung Pay-enabled computing device includes a user-input device coupled to the processor.<br><br>*Make an in-store payment with Samsung Pay*, Samsung, https://www.samsung.com/us/support/answer/ANS00045102/ (last visited Apr. 20, 2022). |

| Claim No. | Claim Language | Samsung Money by SoFi card with a Samsung Pay-enabled computing device |
|---|---|---|
| | | ![fingerprint icon] **User authentication** Every transaction is authenticated by your fingerprint, PIN or facial recognition. If your phone is lost or stolen, you can remotely lock or erase your Samsung Pay account with Find My Mobile.* *Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022). |

| Claim No. | Claim Language | Samsung Money by SoFi card with a Samsung Pay-enabled computing device |
|---|---|---|
| 20h | wherein the memory is operable to store a transaction sequence count, a static device account number and secrets limited to the computing device; | A Samsung Pay-enabled computing device includes a memory operable to store a transaction sequence count, a static device account number and secrets limited to the computing device.<br><br>3. **How is a cryptogram generated?**<br>A cryptogram is generated using at least three pieces of information: the digital token, the application transaction counter (ATC), and a secret key. The cryptogram is designed to appear fully random to anyone that does not have the secret key. This works to prevent a cryptogram from being guessed. The secret key is generated by the payment networks and is protected, end to end, between the payment networks and TrustZone on the device. Only one cryptogram can be generated per explicit user authorization. The cryptograms are used to tie an ATC to a digital token and help to prevent modification of the ATC. This in turn helps to prevent transaction information used for one purchase from being reused for multiple purchases.<br><br>FAQs, Samsung (Aug. 7, 2016) *available at* https://security.samsungmobile.com/doc/Press_Guidance_Samsung_Pay.pdf. *See also Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details; US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 12 (June 2019) *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; EMVCo, *EMV® Payment Tokenisation Specification – Technical Framework v2.1* at 35–36 (Jun. 14, 2019) *available at* https://www.emvco.com/emv-technologies/payment-tokenisation/. |

| Claim No. | Claim Language | Samsung Money by SoFi card with a Samsung Pay-enabled computing device |
|---|---|---|
| 20i | wherein the computing device is operable to receive, store, display and transmit issuer-provided payment information, associated with, but not depicted on, the payment card device; | A Samsung Pay-enabled computing device is operable to receive, store, display and transmit issuer-provided payment information, associated with, but not depicted on, the payment card device.<br><br>Samsung Knox. The physical debit card will not display the card number, expiration date, or CVC. Should users need that information, they can easily find it within the "Money" tab of the Samsung Pay app, which is further protected by biometric or PIN authentication. Users assume zero liability should an unauthorized transaction occur.<br><br>*Introducing Samsung Money by SoFi: Do More With Your Money*, Samsung (May 27, 2020), https://news.samsung.com/us/introducing-samsung-money-samsung-pay-sofi/.<br><br>*Samsung Money by SoFi*, Samsung, https://www.samsung.com/us/samsung-pay/samsung-money-by-sofi/ (last visited Apr. 20, 2022). |

| Claim No. | Claim Language | Samsung Money by SoFi card with a Samsung Pay-enabled computing device |
|---|---|---|
| 20j | wherein the processor is operable to dynamically generate at least a portion of a limited-use payment information for use by an authenticated card user, and to combine said limited-use payment information with at least said static device account number to create combined payment information; | A Samsung Pay-enabled computing device has a processor that is operable to dynamically generate at least a portion of a limited-use payment information for use by an authenticated card user, and to combine said limited-use payment information with at least said static device account number to create combined payment information.<br><br>1. **How does Samsung Pay work?**<br>Each time Samsung Pay is used for a transaction, the Samsung Pay handset sends at least three pieces of information.<br><br>The first is a digital token that represents the credit or debit card information. The digital token is a surrogate credit or debit card number. The digital token's primary purpose is to route transactions to the correct payment network and to the correct issuer.<br><br>The second piece of information is the application transaction counter (ATC). The ATC is a counter that is updated for every transaction. Its purpose is to help ensure that the same transaction information cannot be replayed to make multiple purchases. Payment networks use this number to track the sequence of transactions and determine whether an attempted transaction is older than the last one approved or is otherwise out of sequence. If so, it is an indication that something is amiss, and appropriate action can be taken.<br><br>The third piece of information is the cryptogram. The cryptogram is an authentication code generated using, at a minimum, a secret key, the digital token and the ATC. Cryptograms serve to validate that the transaction information has not been modified and that it was generated by the expected user's handset.<br><br>FAQs, Samsung (Aug. 7, 2016) *available at* https://security.samsungmobile.com/doc/Press_Guidance_Samsung_Pay.pdf. *See also Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details; US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 12 (June 2019) *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; EMVCo, *EMV® Payment Tokenisation Specification – Technical Framework v2.1* at 35–36 (Jun. 14, 2019) *available at* https://www.emvco.com/emv-technologies/payment-tokenisation/. |

| Claim No. | Claim Language | Samsung Money by SoFi card with a Samsung Pay-enabled computing device |
|---|---|---|
| 20k | wherein the computing device is operable to convey said combined payment information via an interface disposed of the computing device; and | The Samsung Pay-enabled computing device is operable to convey said combined payment information via an interface disposed of the computing device; and.<br><br>*Samsung Pay*, Samsung, https://www.samsung.com/us/samsung-pay/ (last visited Apr. 20, 2022); *Samsung Money by SoFi*, Samsung, https://www.samsung.com/us/samsung-pay/samsung-money-by-sofi/ (last visited Apr. 20, 2022).<br><br>*Make an in-store payment with Samsung Pay*, Samsung, https://www.samsung.com/us/support/answer/ANS00045102/ (last visited Apr. 20, 2022); *see also* Tech With Brett, *How to Setup and Use Samsung Pay*, YouTube (Oct. 1, 2018), https://youtu.be/zR3xz6GYIzc?t=389; Jessica Dolcourt, *How Samsung Pay works (pictures)*, CNET (Mar. 3, 2015 8:57 a.m. PT), https://www.cnet.com/pictures/how-samsung-pay-works-pictures/2/. |

| Claim No. | Claim Language | Samsung Money by SoFi card with a Samsung Pay-enabled computing device |
|---|---|---|
| 20l | wherein the computing device is operable to receive information, from an issuer, in response to the conveyed combined payment information, indicating that a payment transaction is valid. | The Samsung Pay-enabled computing device is operable to receive information, from an issuer, in response to the conveyed combined payment information, indicating that a payment transaction is valid.<br><br>Lexy Savvides, *Samsung Pay: Everything you need to know (FAQ)*, CNET (July 21, 2021 3:00 a.m. PT), https://www.cnet.com/how-to/samsung-pay-everything-you-need-to-know-faq-mobile-wallet/.<br><br>CNET, *Apple Pay vs. Samsung Pay vs. Google Pay: Which is best?*, YouTube (Jun. 12, 2018), https://www.youtube.com/watch?v=LkM_Z3o8T4g.  *See also Mobile payments with digital wallets and tokenization: How Google Pay, Apple Pay and Samsung Pay protect your card details*, Advantio (Feb. 22, 2021), https://www.advantio.com/blog/mobile-payments-with-digital-wallets-and-tokenization-how-google-pay-apple-pay-and-samsung-pay-protect-your-card-details; US Payments Forum, *EMV Payment Tokenization Primer and Lessons Learned* at 12 (June 2019) *available at* https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf; |

| Claim No. | Claim Language | Samsung Money by SoFi card with a Samsung Pay-enabled computing device |
|---|---|---|
|  |  | EMVCo, *EMV® Payment Tokenisation Specification – Technical Framework v2.1* at 35–36 (Jun. 14, 2019) *available at* https://www.emvco.com/emv-technologies/payment-tokenisation/. |