# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CARDWARE INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>        Defendants. | Civil Action No. 2:22-cv-00141<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND WAIVER OF FOREIGN SERVICE REQUIREMENT

Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc., Defendants herein, without waiving any defenses described or referred to in Rule 12 F.R.C.P., move the Court to extend the time within which Defendants are required to move, answer or otherwise respond to Plaintiff's Complaint. In support of their Motion, Defendants state as follows:

1. On May 11, 2022, Plaintiff filed its Complaint alleging patent infringement against Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc.

2. On May 12, 2022, Defendant Samsung Electronics America, Inc. was served with Plaintiff's Complaint. Samsung Electronics Company, Ltd. has not yet been served.

3. Counsel for Defendants has agreed to waive service under the Hague Convention for Samsung Electronics Company, Ltd., a foreign entity, in exchange for a 90 day extension of time for all defendants to answer or otherwise plead by August 31, 2022.

4. Defendants' agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Defendants' right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

WHEREFORE, Defendants Samsung Electronics Company, Ltd. and Samsung Electronics America, Inc., respectfully request that the time in which they are required to move, answer or otherwise respond to Plaintiff's Complaint for Patent Infringement be extended up to and including August 31, 2022.

Dated: May 31, 2022                                     Respectfully submitted,

                                                        */s/ Melissa R. Smith*
                                                        Melissa R. Smith
                                                        State Bar No. 24001351
                                                        GILLAM & SMITH, LLP
                                                        303 South Washington Avenue
                                                        Marshall, Texas 75670
                                                        Telephone: (903) 934-8450
                                                        Facsimile: (903) 934-9257
                                                        Email: melissa@gillamsmithlaw.com

                                                        *Attorney for Defendants*
                                                        *Samsung Electronics Company, Ltd., and*
                                                        *Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 31st day of May, 2022.

>                                 /s/  Melissa R. Smith
>                                 Melissa R. Smith

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

>                                 /s/ Melissa R. Smith
>                                 Melissa R. Smith