IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CARDWARE INC. § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD. § <br> AND SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> Defendants. § <br> § | CASE No. 2:22-CV-00141-JRG-RSP |

## ORDER

Before the Court, plaintiff CardWare Inc. moves unopposed for an extension of time to file its response to defendants' motion for transfer and to set a schedule for discovery related to said motion. Having considered the motion and its unopposed nature, it is **GRANTED**. Accordingly, the Court **ORDERS** that the parties be bound by the following discovery and briefing schedule.

| Event | Deadline |
|---|---|
| **CardWare to serve no more than 10 Document Requests and no more than five Interrogatories on Defendants related to the Motion to Transfer under Section 1404(a)** | November 4, 2022 |
| **CardWare to Serve Deposition Notice related to the Motion to Transfer under Section 1404(a)** | November 7, 2022 |
| **Defendants to serve no more than ten Document Requests and no more than five Interrogatories on CardWare related to the Motion to Transfer under Section 1404(a)** | November 13, 2022 |

| | |
|---|---|
| **Defendants to serve Deposition Notice related to the Motion to Transfer under Section 1404(a)** | November 13, 2022 |
| **Defendants to respond to the five Interrogatories and ten Document Requests** | December 2, 2022 |
| **CardWare to respond to the ten Document Requests and five Interrogatories** | December 9, 2022 |
| **Defendants to produce a witness responsive to the Deposition Notice**\* | December 15, 2022 |
| **CardWare to file its brief in opposition to the Motion for Transfer under Section 1404(a)** | January 6, 2023 |
| **CardWare to produce a witness responsive to the Deposition Notice** | January 12, 2023 |
| **Defendants to file its Reply brief to the Motion to Transfer under Section 1404(a)** | January 24, 2023 |
| **CardWare to file its Sur-Reply brief to the Motion to Transfer under Section 1404(a)** | January 31, 2023 |

\* Subject to the witness's availability and location of the witness.

**SIGNED this 14th day of November, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE