# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CARDWARE, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>Defendants. | CIVIL ACTION No. 2:22-00141-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the contact information of Eric H. Findlay, counsel for Plaintiff CardWare, Inc. ("CardWare"), has been changed to:

**Findlay Craft, P.C.**
**7270 Crosswater Avenue**
**Suite B**
**Tyler, TX 75703**

The Firm's phone number, facsimile number, and attorney email addresses remain unchanged.

Dated: December 9, 2022

*/s/ Eric H. Findlay*
Eric H. Findlay (Texas Bar No. 00789886)
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Telephone:  (903) 534-1100
Facsimile:  (903) 534-1137
efindlay@findlaycraft.com

***ATTORNEY FOR PLAINTIFF CARDWARE, INC.***

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on December 9, 2022 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

*/s/ Eric H. Findlay*
Eric H. Findlay
