# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CARDWARE INC.**<br><br>Plaintiff,<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>Defendants. | **CIVIL ACTION No. 2:22-00141-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO ALL PARTIES AND COUNSEL OF RECORD PLEASE TAKE NOTICE:

Matthew Berkowitz, counsel for Plaintiff CardWare Inc., is no longer affiliated with Shearman & Sterling LLP. All pleadings, notices, correspondence and other documents should be addressed to him as follows:

> Matthew Berkowitz
> Reichman Jorgensen Lehman & Feldberg LLP
> 100 Marine Parkway, Suite 300
> Redwood Shores, CA 94065
> Tel: (650) 623-1401
> Fax: (650) 560-3501
> Email: mberkowitz@reichmanjorgensen.com

Dated: April 17, 2023

Respectfully submitted,

By: /s/ *Matthew Berkowitz*
Matthew Berkowitz
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
Fax: (650) 560-3501

Email: mberkowitz@reichmanjorgensen.com

Eric H. Findlay
State Bar No. 00789668
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903)534-1100
Fax: (903)534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

***Counsel for Plaintiff CardWare Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, I electronically filed the foregoing **NOTICE OF CHANGE OF FIRM AFFILIATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Matthew Berkowitz*___
Matthew Berkowitz