IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CARDWARE INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:22-cv-00141-JRG-RSP |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| SAMSUNG ELECTRONICS CO., | § | |
| LTD. AND SAMSUNG | § | |
| ELECTRONICS AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(D)

In accordance with P.R. 4-5(d) and the Court's Second Amended Docket Control Order (Dkt. No. 108), Plaintiff CardWare Inc. ("CardWare") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") (together with CardWare, "the Parties") hereby submit the following Joint Claim Construction Chart (Appendix A) that contains the disputed claim terms for United States Patent No. 10,339,520 ("the '520 Patent"), United States Patent No. 10,628,820 ("the '820 Patent"), United States Patent No. 10,810,579 ("the '579 Patent"), United States Patent No. 11,176,538 ("the '538 Patent"), United States Patent No. 11,328,286 ("the '286 Patent"), (collectively, the "Patents-in-suit"), the Parties' respective proposed claim constructions for those terms, and a column for the Court's construction.

Dated:  July 18, 2023

Respectfully submitted,

By: /s/ Eric H. Findlay
Matthew Berkowitz (*pro hac vice*)
California Bar No. 310426
Patrick Colsher
California Bar No. 336958

1

Navid Bayar
State Bar No. 24132779
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
Fax: (650) 560-3501
Email: mberkowitz@reichmanjorgensen.com
Email: pcolsher@reichmanjorgensen.com
Email: nbayar@reichmanjorgensen.com

Khue V. Hoang
New York Bar No. 4131850 (*pro hac vice*)
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, New York 10017
Tel.: (650) 623-1401
Fax: (650) 560-3501
Email: khoang@reichmanjorgensen.com

Eric H. Findlay
State Bar No. 00789668
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903)534-1100
Fax: (903)534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

*Attorneys for Plaintiff CardWare Inc.*


By: */s/ Allan M. Soobert*_____
Allan M. Soobert
allansoobert@paulhastings.com
Kecia Reynolds (*pro hac vice*)
keciareynolds@paulhastings.com
David Valente (*pro hac vice*)
davidvalente@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW

2

Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705

Robert Laurenzi
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Elizabeth L. Brann
elizabethbrann@paulhastings.com
Ariell N. Bratton
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Melissa R. Smith (TX Bar No. 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***Attorneys for Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 18, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF System.

                                                        */s/ Eric H. Findlay*
                                                        Eric H. Findlay