# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CARDWARE INC., § § Plaintiff § § v. § § SAMSUNG ELECTRONICS CO., LTD.; § SAMSUNG ELECTRONICS AMERICA, § INC., § § Defendants. § § | Civil Action No. 2:22-cv-00141-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND MOTION TO WITHDRAW CARDWARE INC.'S THIRD MOTION TO COMPEL**

It is hereby stipulated and agreed by and between the undersigned parties that:

1. Samsung will provide a privilege log containing all emails from the ESI documents currently withheld based on privilege where either (a) a third party is present on the email or (b) no U.S. counsel or anyone acting at the direction of U.S. counsel is on the email. Samsung will manually undertake a review of each of the emails on that privilege log. In regard to part (b), Samsung will provide CardWare with a list of individuals, including their name and title, of any individuals employed by Samsung or a related entity that Samsung considers to be acting at the direction of U.S. counsel. Samsung will provide that list as well as the privilege log to CardWare on September 15, 2023; and

2. CardWare agrees to withdraw CardWare Inc.'s Third Motion to Compel (Dkt. 135).

In light of the foregoing stipulation, CardWare hereby requests that the Court deny CardWare Inc.'s Third Motion to Compel (Dkt. 135) as moot.

DATED: September 5, 2023             Respectfully submitted,

By: /s/ *Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789668
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903)534-1100
Fax: (903)534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Matthew Berkowitz (*pro hac vice*)
California Bar No. 310426
Patrick Colsher
California Bar No. 336958
Navid Bayar
State Bar No. 24132779
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP

100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
Fax: (650) 560-3501
Email: mberkowitz@reichmanjorgensen.com
Email: pcolsher@reichmanjorgensen.com
Email: nbayar@reichmanjorgensen.com

Khue V. Hoang
New York Bar No. 4131850
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, New York 10017
Tel.: (650) 623-1401
Fax: (650) 560-3501
Email: khoang@reichmanjorgensen.com

*Attorneys for Plaintiff CardWare Inc.*

DATED: September 5, 2023           Respectfully submitted,

By: */s/ Allan M. Soobert*
Allan M. Soobert
allansoobert@paulhastings.com
Kecia Reynolds (*pro hac vice*)
keciareynolds@paulhastings.com
David Valente (*pro hac vice*)
davidvalente@paulhastings.com
Brandon Howell (*pro hac vice*)
brandonhowell@paulhastings.com
Jason Mikus (*pro hac vice*)
jasonmikus@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705

Robert Laurenzi
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090

Elizabeth Brann

        elizabethbrann@paulhastings.com
        Ariell N. Bratton
        ariellbratton@paulhastings.com
        PAUL HASTINGS LLP
        4747 Executive Drive, 12th Floor
        San Diego, CA 92121
        Telephone: (858) 458-3000
        Facsimile: (858) 458-3005

        Melissa R. Smith (TX Bar No. 24001351)
        melissa@gillamsmithlaw.com
        GILLAM & SMITH, LLP
        303 S. Washington Ave.
        Marshall, TX 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257

        James Travis Underwood
        Gillam & Smith LLP
        102 N College, Suite 800
        Tyler, TX 75702
        903-934-8450
        Fax: 903-934-9257
        Email: travis@gillamsmithlaw.com

        *Attorneys for Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on September 5, 2023, counsel for Defendants complied with the meet and confer requirement in Local Rule CV-7(i).  This motion is unopposed.

                */s/ Allan M. Soobert*
                Allan M. Soobert

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on September 5, 2023. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

    */s/ Allan M. Soobert*
    Allan M. Soobert