IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CARDWARE INC. § | |
| § | |
| Plaintiff § | |
| v. § | CIVIL ACTION NO. 2:22-cv-00141-JRG-RSP |
| § | |
| SAMSUNG ELECTRONICS CO., LTD. § | JURY TRIAL DEMANDED |
| AND SAMSUNG ELECTRONICS § | |
| AMERICA, INC., § | |
| § | |
| Defendants. § | |

**JOINT MOTION TO DISMISS**

Plaintiff CardWare Inc. ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") have resolved Plaintiff's claims for relief against Defendants asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendants with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

A proposed order of dismissal accompanies this Joint Motion to Dismiss.

Dated:  October 25, 2023 

Respectfully submitted,

By: /s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789668
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903)534-1100
Fax: (903)534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

Matthew Berkowitz (*pro hac vice*)
California Bar No. 310426
Patrick Colsher
California Bar No. 336958
Navid Bayar
State Bar No. 24132779
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
Fax: (650) 560-3501
Email: mberkowitz@reichmanjorgensen.com
Email: pcolsher@reichmanjorgensen.com
Email: nbayar@reichmanjorgensen.com

Khue V. Hoang
New York Bar No. 4131850
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, New York 10017
Tel.: (650) 623-1401
Fax: (650) 560-3501
Email: khoang@reichmanjorgensen.com

***Attorneys for Plaintiff CardWare Inc.***


By:  /s/ Allan M. Soobert
Allan M. Soobert

allansoobert@paulhastings.com
Kecia Reynolds (*pro hac vice*)
keciareynolds@paulhastings.com
David M. Valente (*pro hac vice*)
davidvalente@paulhastings.com
Brandon Howell (*pro hac vice*)
brandonhowell@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705

Robert Laurenzi
robertlaurenzi@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone:  (212) 318-6000
Facsimile:  (212) 319-4090

Elizabeth Brann
elizabethbrann@paulhastings.com
Ariell N. Bratton
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Melissa R. Smith (TX Bar No. 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

James Travis Underwood
Gillam & Smith LLP
102 N College, Suite 800
Tyler, TX 75702
903-934-8450
Fax: 903-934-9257
Email: travis@gillamsmithlaw.com

3

*Attorneys for Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 25, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Eric H. Findlay*
Eric H. Findlay

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Counsel for Plaintiff and Counsel for Defendants met and conferred per Local Rule CV-7(h) and the Parties jointly request the relief sought herein.

*/s/ Eric H. Findlay*
Eric H. Findlay